**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| | | |
|---|---|---|
| CARL J. GRECO, P.C. A/K/A GRECO LAW ASSOCIATES, P.C., | : | No. 82 MAL 2018 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF LABOR AND | : | |
| INDUSTRY, OFFICE OF | : | |
| UNEMPLOYMENT COMPENSATION | : | |
| TAX SERVICES, | : | |
| | : | |
| Respondent | : | |


## ORDER


**PER CURIAM**

    **AND NOW**, this 12th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.